# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>S. KILLEN, et al.,<br><br>    Defendants. | Case No.  1:11-cv-01179-LJO-SAB-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE A MOTION TO COMPEL<br><br>(ECF NO. 70) |

Plaintiff Masterson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 15, 2015, Defendants filed a request to extend time to file a motion to compel Plaintiff's additional responses to Defendants' discovery requests.  The Court finds the motion to be supported by the declaration of counsel and a prior order granting Plaintiff an extension of time to file responses to Defendants' discovery request.

Good cause having been presented to the Court, Defendants have until October 26, 2015, in which to file a motion to compel Plaintiff's additional responses to Defendants' discovery requests.

IT IS SO ORDERED.

Dated:   **October 19, 2015**

UNITED STATES MAGISTRATE JUDGE

1