# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. KILLEN, et al.,<br><br>　　　　Defendants. | Case No.  1:11-cv-01179-LJO-SAB-PC<br><br>ORDER SEALING EXHIBIT<br><br>(ECF NO. 72-3) |

On October 26, 2015, Defendants filed a motion to compel Plaintiff's further discovery responses. In support of their motion, Defendants submitted an exhibit to the declaration of M. Mayer. Upon review of the exhibit, the Court notes that personal information is included. The Court will therefore seal the exhibit to the declaration of M. Mayer (ECF 72-3).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall seal the exhibit to the declaration of M. Mayer in support of Defendants' motion to compel filed on October 26, 2015 (ECF No. 72-3).

IT IS SO ORDERED.

Dated:  **November 3, 2015**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1