# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>S. KILLEN, et al.,<br><br>   Defendants. | Case No. 1:11-cv-01179-LJO-SAB-PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS<br><br>(ECF NO. 82)<br><br>DISPOSITIVE MOTIONS DUE<br>April 29, 2016 |

Plaintiff Masterson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 15, 2016, Defendants filed a request to extend time to file dispositive motions from March 16, 2016, to April 29, 2016. Defendants' motion is based upon the voluminous discovery submitted by Plaintiff and the declaration of counsel.

Good cause having been presented to the Court, Defendants' motion is granted. The dispositive motion filing deadline is extended to April 29, 2016.

IT IS SO ORDERED.

Dated:   **March 16, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1