# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON, | Case No.  1:11-cv-01179-DAD-SAB-PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS |
| v. | |
| S. KILLEN, et al., | (ECF NO. 87) |
| Defendants. | Dispositive Motion Deadline: June 10, 2016 |

On April 28, 2016, Defendants filed a request to extend the dispositive motion filing deadline from April 29, 2016, to June 10, 2016. Defendants' motion is supported by the declaration of counsel.

Counsel declares that in preparing the motion for summary judgment, she received 1, 200 additional pages of discovery from Plaintiff. In reviewing the discovery responses, counsel discovered approximately fifteen declarations from thirteen inmates that Plaintiff contends were drafted on his behalf and under penalty of perjury. Counsel has begun the process of interviewing the inmates. Specifically, counsel declares that telephonic interviews must be scheduled to coincide with staff availability, and the telephonic interview process requires that correctional staff be made available to escort the inmate to an area for the interview, remain with the inmate, and then escort the inmate back to his cell.

///

Good cause having been presented to the Court, Defendants' motion to extend the dispositive motion filing deadline is GRANTED.  The dispositive motion filing deadline is extended to June 10, 2016.


IT IS SO ORDERED.

Dated:   **April 29, 2016**

UNITED STATES MAGISTRATE JUDGE