1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL MASTERSON,                        No.  1:11-cv-01179-DAD-SAB

12             Plaintiff,

13        v.                                  ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DENYING
14   SUZANNE KILLEN et al.,                   MOTION FOR INJUNCTIVE RELIEF

15             Defendants.                    (Doc. Nos. 85, 113)

16

17

18        Plaintiff Daniel Masterson is appearing *pro se* and *in forma pauperis* in this civil rights

19   action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge

20   pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

21        On October 19, 2016, the assigned magistrate judge issued findings and recommendation

22   recommending that plaintiff's motion for injunctive and other relief related to certain items of

23   personal and legal property be denied, particularly because the motion is not related to plaintiff's

24   claims presented in this action.  (Doc. No. 113.)  The findings and recommendations were served

25   on the parties and contained notice that objections thereto were to be filed within thirty days.

26   More than thirty days have passed, and no objections to the findings and recommendations have

27   been filed.

28   /////

                                              1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

2    *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings

3    and recommendations to be supported by the record and by proper analysis.

4    Accordingly,

5        1.   The October 19, 2016 findings and recommendations (Doc. No. 113) are adopted in

6             full; and

7        2.   Plaintiff's application for injunctive and other relief (Doc. No. 85) is denied.[1]

8    IT IS SO ORDERED.

9        Dated:   **January 6, 2017**                    _____

10                                                       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24  [1] The court notes that plaintiff has claimed that prison officials at CSATF confiscated and failed
    to forward to plaintiff two boxes of legal and personal property that include documents which
25   plaintiff anticipates he will need to oppose any summary judgment motion filed in the future by
    the defendants in this action. (Doc. No. 85.)  Counsel for defendants are advised that if plaintiff's
26   forecast comes to fruition and he is able to make some showing of his need for those documents
    to oppose summary judgment, the court will likely require defense counsel to inquire as to the
27   whereabouts and handling of plaintiff's property.  It may be appropriate for defense counsel to do
    so now in anticipation of such an order.
28
                                                  2