UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>               Plaintiff,<br><br>v.<br><br>SUZANNE KILLEN, et al.,<br><br>               Defendants. | Case No. 1:11-cv-01179-DAD-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE DANIEL MASTERSON, CDCR # H-22514<br><br>DATE: February 15, 2017<br>TIME:  10:00 a.m.<br>COURTROOM: 9 (SAB) |

**Inmate Daniel Masterson**, **CDCR #H-22514**, a necessary and material witness on his own behalf in proceedings in this action set for February 15, 2017, is confined at the Substance Abuse Treatment Facility and State Prison, Corcoran, at 900 Quebec Avenue, Corcoran, California 93212, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, on February 15, 2017, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with his legal property**, to appear in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of the Substance Abuse Treatment Facility and State Prison, Corcoran:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, **along with his legal property**, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 26, 2017**                                     _____
                                                                                         UNITED STATES MAGISTRATE JUDGE

