**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL MASTERSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>S. KILLEN, et al.,<br><br>                    Defendants.<br>_____ | No.  1:11-cv-01179-DAD-SAB (PC)<br><br>ORDER THAT INMATE **JAYMES THOMAS MCCOLLUM, CDCR F-13085**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

     A hearing in this matter commenced on February 15, 2017, and has now concluded.  Inmate Jaymes Thomas McCollum, CDCR Inmate No. F-13085, is no longer needed by the Court as a plaintiff/witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   __**February 15, 2017**__                    _____
                                                       UNITED STATES MAGISTRATE JUDGE