# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>S. KILLEN, et al.,<br><br>    Defendants. | No. 1:11-cv-01179-DAD-SAB (PC)<br><br>ORDER THAT INMATE **DANIEL MASTERSON, CDCR H-22514**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

A hearing in this matter commenced on February 15, 2017, and has now concluded. Inmate Daniel Masterson, CDCR Inmate No. H-22514, is no longer needed by the Court as a plaintiff/witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **February 15, 2017**

UNITED STATES MAGISTRATE JUDGE