# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>S. KILLEN, et al.,<br><br>    Defendants. | No. 1:11-cv-01179-DAD-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST THAT COURT CLERK VERIFY OBJECTIONS TO FINDINGS AND RECOMMENDATIONS WERE FILED WITH THE COURT<br><br>(ECF No. 152) |

Plaintiff Daniel Masterson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request to verify objections were filed, dated May 2, 2017. (ECF No. 152.) Plaintiff states that he sent objections to the pending findings and recommendations dated April 5, 2017, with a self-addressed stamped envelope for the Clerk to return a filed copy. However, he has not received the verification.

Plaintiff is informed that his four-page objections dated April 5, 2017, with a proof of service, were filed and entered on the docket on May 1, 2017. (ECF No. 149.)

IT IS SO ORDERED.

Dated: **May 9, 2017**

UNITED STATES MAGISTRATE JUDGE