# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL MASTERSON, | ) | No. 1:11-cv-01179-DAD-SAB (PC) |
| Plaintiff, | ) ) | ORDER DENYING PLAINTIFF'S REQUEST |
| v. | ) ) | FOR A COPY OF TRANSCRIPT OF EVIDENTIARY HEARING |
| S. KILLEN, et al., | ) ) | (ECF No. 154) |
| Defendants. | ) ) | |

Plaintiff Daniel Masterson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On May 17, 2017, Plaintiff filed a request for a copy of the transcript of the evidentiary hearing held on February 15, 2017. (ECF No. 154.) Plaintiff states that he received a notice of lodging of the transcript of the evidentiary hearing by defense counsel, but not a copy of the transcript. Plaintiff further states that if the transcripts were transcribed by someone other than the court reporter, then he intends to file a motion to strike the transcripts. Plaintiff requests that the Court order Defendants to produce a full copy of the transcripts to Plaintiff, or order the Clerk of the Court to provide him a copy.

A defendant is not required to provide plaintiff with a free copy of a deposition transcript. See Whittenberg v. Roll, No. CIV S–04–2313 FCD JFM P, 2006 WL 657381 at *5 (E.D. Cal. Mar. 15, 2006) (denying plaintiff's motion to compel defendant to provide him with a copy of his deposition

transcript free of charge). Although granted leave to proceed in forma pauperis, "'the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress.'" <u>Tedder v. Odel</u>, 890 F.2d 210, 211 (9th Cir. 1989) (quoting <u>United States v. MacCollom</u>, 426 U.S. 317, 321, 96 S. Ct. 2086 (1976). The expenditure of public funds for deposition transcripts is not authorized by the in forma pauperis statute or any other statute. <u>See</u> 28 U.S.C. § 1915.

The transcripts in this case were prepared by one of the Court's official court reporters, and ordered by Defendants via a transcript request form. The Court will not require Defendants to provide Plaintiff a free copy of the hearing transcript, nor is there any authority for the expenditure of public funds to provide a free copy of the hearing transcript to Plaintiff. Plaintiff may order a transcript by making a request to the court reporter, Jennifer Coulthard, phone number (312) 617-9858, email jenrmrcrr2@gmail.com, or by filing a Transcript Order request form. The reporter's fees will apply.

Accordingly, Plaintiff's request for a copy of the transcript of the evidentiary hearing, filed May 17, 2017 (ECF No. 154), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 18, 2017**

_____
UNITED STATES MAGISTRATE JUDGE