**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL MASTERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. KILLEN, et al.,<br><br>　　　　Defendants. | No. 1:11-cv-01179-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN **FIFTEEN DAYS** |

　　　　Plaintiff Daniel Masterson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 17, 2017, the District Judge issued an order adopting findings and recommendations in this matter, and ordered that this action would survive summary judgment and proceed upon the following claims: (1) Plaintiff's First Amendment claim against Defendants Hampson and Killen for retaliation against plaintiff based on his job reassignment; (2) Plaintiff's First Amendment claim against Defendants Santoro and Rodriguez for retaliation against Plaintiff with respect to threats with Ad-Seg placement on August 11, 2011; (3) Plaintiff's conspiracy claim against Defendants Hampson, Killen, Rodriguez, and Santoro with respect to retaliation against Plaintiff; and (4) Plaintiff's state law claim for personal property loss arising out of an alleged retaliatory cell search on December 27, 2011, ordered by Defendant Killen. (ECF No. 159.) As a result, this this case is now ready to proceed to trial on those claims.

1

On August 9, 2011, Plaintiff consented to the jurisdiction of a United States Magistrate Judge to conduct all proceedings in this matter, including entering a judgment in this case, pursuant to 28 U.S.C. § 636(c). (ECF No. 6.) Defendants previously declined such jurisdiction. (ECF No. 40.)

The Fresno Division of the Eastern District of California now has the heaviest District Judge caseload in the entire nation. While the Court will use its best efforts to resolve this case and all other civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired. As multiple trials are now being set to begin upon the same date, parties may find their case trailing with little notice before the trial begins when the case is heard before a United States District Judge. The law requires the Court give any criminal case priority over civil trials and other matters, and the Court must proceed with criminal trials even if a civil trial is older or was set earlier. Continuances of civil trials under these circumstances will no longer be entertained, absent a specific and stated finding of good cause. If multiple trials are scheduled to begin on the same day, this civil trial will trail day to day or week to week until completion of any criminal case or older civil case.

The parties are advised of the availability of a United States Magistrate Judge to conduct all proceedings in this action. A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. The Court will direct the Clerk of the Court to provide Defendants with the Court's standard form to consent to or decline Magistrate Judge jurisdiction. Within fifteen (15) days of this order's date of service, Defendants shall either consent to or decline Magistrate Judge jurisdiction by filling out the requisite forms and returning them to the Court.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send to Defendants a copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

///
///
///
///

2. Within **fifteen (15)** days from the date of service of this order, Defendants shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated: __**August 18, 2017**__

                                                                             _____
                                                                             UNITED STATES MAGISTRATE JUDGE