# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>S. KILLEN, et al.,<br><br>    Defendants. | No. 1:11-cv-01179-DAD-SAB (PC)<br><br>ORDER SETTING TELEPHONIC TRIAL SCHEDULING HEARING ON **OCTOBER 4, 2017 AT 2:30 P.M.** |

Plaintiff Daniel Masterson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds upon the following claims: (1) Plaintiff's First Amendment claim against Defendants Hampson and Killen for retaliation against plaintiff based on his job reassignment; (2) Plaintiff's First Amendment claim against Defendants Santoro and Rodriguez for retaliation against Plaintiff with respect to threats with Ad-Seg placement on August 11, 2011; (3) Plaintiff's conspiracy claim against Defendants Hampson, Killen, Rodriguez, and Santoro with respect to retaliation against Plaintiff; and (4) Plaintiff's state law claim for personal property loss arising out of an alleged retaliatory cell search on December 27, 2011, ordered by Defendant Killen.

On September 27, 2017, this case was reassigned for all purposes to a United States Magistrate Judge, following the resolution of Defendants' motion for summary judgment. (ECF No. 165.) Thus, this this case is now ready to proceed to trial on the above claims. In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

1

Accordingly, it is HEREBY ORDERED that:

1. A telephonic trial scheduling hearing will be held on **Wednesday, October 4, 2017 at 2:30 p.m.**, in Courtroom 9 before the undersigned; and

2. Defense counsel shall contact Courtroom Deputy Mamie Hernandez at (559) 499-5672 prior to the hearing date to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **September 28, 2017**

UNITED STATES MAGISTRATE JUDGE