# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>S. KILLEN, et al.,<br><br>        Defendants. | No. 1:11-cv-01179-DAD-SAB (PC)<br><br>ORDER RESETTING TELEPHONIC TRIAL SCHEDULING HEARING ON **OCTOBER 13, 2017 AT 9:00 A.M.** |

    Plaintiff Daniel Masterson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently scheduled for a telephonic trial scheduling hearing on October 4, 2017 at 2:30 p.m.

    Due to scheduling conflicts, the Court shall reschedule the hearing. Accordingly, it is HEREBY ORDERED that the telephonic trial scheduling hearing will be held on **Friday, October 13, 2017 at 9:00 a.m.**, in Courtroom 9 before the undersigned.

IT IS SO ORDERED.

Dated: **September 29, 2017**

                               UNITED STATES MAGISTRATE JUDGE