# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>    Plaintiff,<br><br>v.<br><br>S. KILLEN, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-01179-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br>[ECF No. 179]<br><br>Telephonic Hearing: February 16, 2018 at 11:00 a.m. |

    Plaintiff Daniel Masterson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to magistrate judge jurisdiction. (ECF Nos. 6, 164.)

    Currently before the Court is Plaintiff's motion for a temporary restraining order and declaration in support, filed on January 29, 2018. (ECF No. 179.) Plaintiff contends that prison officials are hindering him from complying with the Court's deadlines, and are harassing and threatening him in an attempt to cause him to abandon the prosecution of this action. Plaintiff seeks an order preventing prison officials from confiscating, destroying, or hindering his access to his legal materials or transferring him out of his current facility. Plaintiff specifically declares that he was recently summoned to receiving and release under the guise of being transferred, but instead his legal property was mixed up and taken out of order, including exhibits that he was preparing for exchange pursuant to this Court's October 13, 2017 trial scheduling order.

    The Court finds it appropriate to hold this matter for a telephonic hearing on Friday, February 16, 2018 at 11:00 a.m. This matter is currently set for a telephonic pretrial confirmation hearing at that

1

time, and this matter will be heard concurrently with that hearing. Defendants will also be permitted an opportunity to file a written response to Plaintiff's motion, if desired.

Accordingly, it is hereby ordered that:

1. A telephonic hearing on Plaintiff's motion for a temporary restraining order will be held on **Friday, February 16, 2018 at 11:00 a.m.**, in Courtroom 9. As previously instructed, defense counsel must arrange for the participation of Plaintiff and contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 for instructions and to confirm arrangements; and

2. Defendants may file a written response to Plaintiff's motion for temporary restraining order on or before **February 9, 2018**.

IT IS SO ORDERED.

Dated: **February 5, 2018**

UNITED STATES MAGISTRATE JUDGE