**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL MASTERSON,<br><br>    Plaintiff,<br><br>v.<br><br>SUZANNE KILLEN, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-01179-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO FILE AN AMENDED PRETRIAL STATEMENT<br><br>Amended Statement Due: **February 20, 2018** |

Plaintiff Daniel Masterson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to magistrate judge jurisdiction. (ECF Nos. 6, 164.)

This Court conducted a telephonic pretrial conference on February 16, 2018. Plaintiff appeared pro se on behalf of himself, and Lawrence Bragg and Martha P. Ehlenbach of the Office of the Attorney General appeared on behalf of Defendants.

At the hearing, Defendants requested leave to file an amended pretrial statement prior to the issuance of any pretrial order in this matter. Defense counsel represented that minor changes would be made, including potential additional exhibits, and the removal, and possible addition, of a witness. Defense counsel further represented that the amended statement would be filed no later than Tuesday, February 20, 2018.

The Court finds good cause to allow Defendants to amend their pretrial statement. Plaintiff still has sufficient time to object to any additional exhibits or witnesses in a motion in limine, if any are added in Defendants' amended statement. If Plaintiff finds he needs to otherwise object to the

1

1 amended pretrial statement, he may do so in writing by objecting to the Pretrial Order in the tiem
2 frame set forth within that order for objections. Therefore, Plaintiff will not be prejudiced by allowing
3 Defendants to amend their pretrial statement as requested above.

4     Accordingly, it is HEREBY ORDERED as follows:

5     1. Defendants' request to file an amended pretrial statement prior to the issuance of the
6 pretrial order is GRANTED. Defendants shall file their amended statement no later than **February 20,**
7 **2018**. The Court shall issue its pretrial order once that deadline has passed; and

8     2. Plaintiff may file written objections to the amendments to Defendants' pretrial
9 statement, if any, in the Court's Pretrial order once that is issued and in the time frame noted to object
10 in the Pretrial Order.

12 IT IS SO ORDERED.

13 Dated: **February 16, 2018**

                                                                                    UNITED STATES MAGISTRATE JUDGE