1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>  Plaintiff,<br><br>v.<br><br>SUZANNE KILLEN, et al.,<br><br>  Defendants. | Case No.: 1:11-cv-01179-SAB (PC)<br><br>ORDER REQUIRING STATUS REPORT AND HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER<br>[ECF No. 179]<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR AN EXTENSION OF TIME TO MEET TRIAL SCHEDULING ORDER DEADLINES<br>[ECF No. 184] |

Plaintiff Daniel Masterson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. All parties have consented to magistrate judge jurisdiction. (ECF Nos. 6, 164.)

On February 16, 2018, the Court held a hearing on Plaintiff's motion for a temporary restraining order and declaration in support, filed on January 29, 2018. (ECF No. 179.) Plaintiff appeared pro se on behalf of himself, and Lawrence Bragg and Martha P. Ehlenbach, of the Office of the Attorney General, appeared on behalf of Defendants. The Court and the parties also discussed Plaintiff's ex parte motion for an extension of time to meet the trial scheduling order deadlines, filed on February 12, 2018. (ECF No. 184.)

///

///

For the reasons discussed at the hearing, it is HEREBY ORDERED as follows:

1. Defense counsel shall immediately contact prison official's regarding Plaintiff's access to his legal materials, as discussed in open court. Defense counsel shall file a status report regarding this matter on or before **February 28, 2018**. Plaintiff may also submit a status report which must be received by the Court no later than that same date;

2. A telephonic hearing will be held on **Friday, March 2, 2018 at 3:00 p.m**. on Plaintiff's motion for temporary restraining order, in Courtroom 9, before the undersigned. Defense counsel shall arrange for Plaintiff's participation, and shall contact the Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call. <u>The hearing date may be vacated based on the status report(s) submitted by the parties</u>; and

3. Plaintiff's motion for an extension of time (ECF No. 184) seeks to modify the March 1, 2018 deadline to exchange exhibits. Based upon good cause shown, Plaintiff's request for an extension is GRANTED. The deadline for the parties to exchange their proposed exhibit list and pre-marked exhibits is extended until **March 8, 2018**.

IT IS SO ORDERED.

Dated: **February 16, 2018**

UNITED STATES MAGISTRATE JUDGE