# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. KILLEN, et al.,<br><br>　　　　Defendants. | No. 1:11-cv-01179-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE MOTION IN LIMINE<br><br>[ECF No. 203] |

Currently before the Court is Plaintiff's motion for an extension of time to file his motion in limine. Due to law library operations and housing unit changes, Plaintiff requires until March 22, 2018 to mail his materials—a two-day extension. The Court finds this brief extension will not prejudice Defendants, and will allow them an extra two days to file their responses as a result.

Good cause being shown, Plaintiff's motion is GRANTED. Plaintiff's filing deadline for motions in limine is extended until March 22, 2018, and Defendants' response deadline is extended until April 5, 2018.

IT IS SO ORDERED.

Dated: **March 22, 2018**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE