FILED

MAR 26 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MASTERSON,<br><br>    Plaintiff,<br><br>v.<br><br>S. KILLEN, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-01179-SAB (PC)<br><br>ORDER THAT INMATE DANIEL MASTERSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    Plaintiff Daniel Masterson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    A settlement conference in this matter commenced on March 23, 2018. Inmate Daniel Masterson, CDCR #H-22514, is no longer needed as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Dated: **March 23, 2018**

                                      UNITED STATES MAGISTRATE JUDGE